# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| DYNAMIC HOSTING COMPANY LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GOOGLE INC., et. al, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Action No. 2:14-CV-1067-RWS-RSP <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Konica Minolta Business Solutions U.S.A., Inc. files this Notice of Appearance, and hereby notifies the Court that Cristina Q. Almendarez, of the law firm Kirkland & Ellis LLP, 300 N. LaSalle Street, Chicago, IL 60654, Telephone (312) 862-2000, Fax (312) 862-2200, E-mail: cristina.almendarez@kirkland.com has entered this action as counsel for Defendant, Konica Minolta Business Solutions U.S.A., Inc.  In connection with this notice, Ms. Almendarez requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on her at the above address and contact information.

Dated: February 5, 2015                         Respectfully Submitted,

                                                                */s/ Cristina Q. Almendarez*
                                                                Cristina Q. Almendarez
                                                                KIRKLAND & ELLIS LLP
                                                                300 N. LaSalle Street
                                                                Chicago, IL  60654
                                                                Telephone:  (312) 862-2000
                                                                Facsimile:  (312) 862-2200
                                                                cristina.almendarez@kirkland.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2015, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

*/s/ Cristina Q. Almendarez*
Cristina Q. Almendarez